# GOVERNMENT EXHIBIT 2

FROM THE ARCHIVES

# Look Inside Nancy Gonzalez's Opulent Home in Colombia

With its sumptuous custom-made furnishings, glittering artworks, and exotic accents, the handbag designer's home in South America is one-of-a-kind

By Mitchell Owens

Photography by Anita Calero

February 1, 2017

[ SAVE ]

*This article originally appeared in the September 2013 issue of Architectural Digest.*

Nancy Gonzalez's capacious handbags and slender clutches—made of lime-green crocodile, lavender python, orange ostrich, and other brilliantly dyed exotic skins—are sartorial beacons for chic women around the globe. The celebrities who carry them are just as head-turning, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ onzalez's breezy duplex apartment in western Colombia, on the other hand, speaks of her luxurious style in something close to a whisper.

"I love bright colors, but I like to live simply, with less visual noise," Gonzalez says of her home, which is nestled in an urban setting with magnificent views of the Andes. The designer eschews loud, aggressive decorative effects, preferring the excitement in her abode to come from boisterous family gatherings complete with frolicking grandchildren. "That's how I grew up," she recalls. "In a house alive with children, nannies, friends, and dogs."

So six years ago Gonzalez finally decided to lure her far-flung offspring—her son, Santiago, the president of her company, shuttles between New York City, Paris, and Colombia, while her daughter, Cristina, lives in Miami with her husband and two children—with a home base so enchanting and thoughtfully designed that they would

visit frequently and never dream of staying at a hotel. No room would be off-limits, a swimming pool would beckon on sunny afternoons, and the floor plan would ensure maximum interaction. She also wanted no wasted space. As her son explains, "Colombia can be very formal, like Paris or London, where you have rooms that are only ever used for parties."

After Gonzalez acquired the perfect property—a 16,000-square-foot apartment in a hilltop building—she called on Jean-Louis Deniot, a Paris-based designer whose opulent style and neutral color schemes had captivated her during a visit to his country house in Chantilly. What his new client envisioned, Deniot quickly discovered, was a home with few boundaries. "Nancy isn't crazy about doors or walls, anything that confines," he says, noting that she wanted the interiors as open to the outdoors as possible.

In the layout Deniot developed, enormous pocket doors allow the rooms to blend into one another in loftlike fashion, though he defined individual spaces with inset ceilings that recall the sculptured soffits of Art Moderne interiors. Further enhancing the expansive atmosphere are glass exterior walls, some more than 20 feet long. Most of these slide or pivot open, so the main level of the apartment—which contains the entrance hall, living area, dining area, and kitchen—becomes one with the wraparound terrace. For a seamless transition between indoors and out, the same French limestone paves the interior floors and the terrace. The combined effect is dematerialization, as Deniot's fuss-free architecture seems to evaporate into sun and sky, transforming the residence into an open-air pavilion.



1 / 13

An Empire daybed anchors the living area. The curtains are of a Sahco silk from Donghia, the painting is Spanish Colonial, the vintage Roger Thibier lounge chairs are clad in a Brunschwig & Fils gold silk velvet, and the floor lamp in the foreground dates from the 1950s. Deniot designed the carpet, and the armchairs are from his Collection Pierre line.

"Nancy is part minimalist and part maximalist," Deniot says of his adventurous client, who had a hand in every design decision. "She likes when a space feels empty, but at the same time she prefers lush materials and rich finishes." The decorator clad some of the pocket doors in parchment and upholstered the television room's walls in horsehair. ("Nancy is the first person who ever asked me for horsehair walls," he marvels.) The crocodile hides that are Gonzalez's signature handbag material make an appearance,

too. White crocodile covers two ottomans in a sitting area that is set against a vertical garden of lemon-yellow cymbidium orchids. Deniot also recycled crocodile scraps from Gonzalez's factory into a jazzy leather mosaic that sheathes the interior walls of the dwelling's private elevator.

Gold is another of Gonzalez's signatures, and the metal warms the apartment's restrained palette of sand, gray, and creamy whites. In the living area, pre-Columbian gold artifacts rest atop a pair of Yves Klein cocktail tables—the classic pigment-filled *Table Bleue* and, beside it, the *Table d'Or*, whose glass-and-acrylic vitrine is filled with crumpled squares of gold leaf. A wall-size tapestry of gilded fabric created by Gonzalez's friend Olga de Amaral, the Colombian textile artist, gleams behind a swoopy high-backed armchair designed by Deniot, while spherical gold knobs grace the front doors and a brass C. Jeré sunburst wall sculpture adds a radiant note to the master bedroom.

In the center of the living area stands one of Gonzalez's favorite gold-accented objects: a large Empire daybed that Deniot found in Paris's Clignancourt flea market. Its presence, the designer explains, is meant to bridge the chronological and stylistic gaps between the room's Spanish Colonial painting of the Virgin Mary and its more modern furnishings. But for Gonzalez the piece embodies everything she wanted the apartment to be—stylish, comfortable, and familial. As her son says, "Everybody ends up there after dinner, drinks in hand, talking and looking out at the sky."



WATCH
Real Housewives Star Shows Off Her Posh NYC Apartment

THE BEST IN INTERIORS                                                          1 / 25

| Real Housewives Star Shows Off Her Posh NYC... | The 12 Steps to Stealing Jennifer Aniston's... | 4 White House Rooms You Won't See on the To... | 5 Real-Estate Staging Secrets The Pros Don'... | Ins Lo |

Explore    2013        interiors     Celebrity Homes     fashion designers     magazine
September 2013         decor        homes         stylist:Carlos Mota

READ MORE

CLEVER

5 Alcove Bedrooms That Make the Most of Small Spaces

By Nicolas Milon

CLEVER

At Just 183 Square Feet, This Paris Apartment Is Smart and Functional

By Nicolas Milon

CLEVER

A 700-Square-Foot Modernist Gem Takes Root in an English Meadow

By Nicolas Milon

## Sponsored Links by Taboola

**This NEW Scarf Quickly Becomes Celeb's Most Wanted Item 2024**
FashionInUSA

**Plastic Surgeon: A Youthful Neck After 50 Comes Down To This Daily Habit**
Beverly Hills MD

**This Drugstore Wrinkle Cream Sold Out At Target (In 2 Days)**
BrunchesNCrunches

**Shop The Latest From KARL LAGERFELD PARIS**
KARL LAGERFELD PARIS

**Tommy Chong: The Horrifying Truth About CBD**
Tommy Chong's CBD

Don't Pay For New Gutters in Washington. Get This 3-In-1 System Instead

Leaf Filter USA

