# GOVERNMENT

# EXHIBIT

# 4

BERGDORF GOODMAN

# BERGDORF GOODMAN

Sign in / Register ⌄

Search

WHAT'S NEW | DESIGNERS A-Z | WOMEN'S CLOTHING | SHOES | HANDBAGS | ACCESSORIES | BEAUTY | MEN | KIDS | HOME | EDITORIAL | SALE

DESIGNERS A-Z : NANCY GONZALEZ

**NANCY GONZALEZ**
SHOES
HANDBAGS

**SHOP ALL DESIGNERS**



NANCY GONZALEZ

FILTER BY:

| Type | Size | Color | Price |

SORT BY: NEWEST FIRST          92 items          VIEW: 30  120



QUICK LOOK

Nancy Gonzalez
Floral Daisy Crocodile Top-Handle Bag
$3,950
**Exclusively Ours**



QUICK LOOK

Nancy Gonzalez
Lolita Mini Crocodile Top Handle Bag
$2,915
**Exclusively Ours**

QUICK LOOK



Nancy Gonzalez
Dani Medium Croc Keyhole Tote Bag
$2,950



QUICK LOOK

Nancy Gonzalez
Floral Laser-Cut Tote Bag



QUICK LOOK

Nancy Gonzalez
Carryall Crocodile & Linen XL Tote Bag



QUICK LOOK

Nancy Gonzalez
Gotham Medium Snakeskin Clutch
$1,450
**Exclusively Ours**

Top

https://www.bergdorfgoodman.com/c/designers-a-z-nancy-gonzalez-cat20092#userConstrainedResults=true&refinements=&page=1&pageSize=120...          1/13

GZUNIGA_FWS_0000002

$3,950

Nancy Gonzalez at Bergdorf Goodman

$2,350





Nancy Gonzalez
Sophie Crocodile Shoulder Bag
$3,850





Nancy Gonzalez
Geo Kiss-Lock Metallic Crocodile
Minaudiere Clutch Bag
$1,705



Nancy Gonzalez
Crocodile Circle Handle Clutch Bag
$2,550



Nancy Gonzalez
Gramercy Ombre Python Clutch Bag
$1,250



Nancy Gonzalez
Carrie Small Lizard Clutch Bag
$2,450
Pre-Order
Exclusively Ours



Nancy Gonzalez
Colette Exposed Frame Clutch Bag
$1,950
Pre-Order
Exclusively Ours



Nancy Gonzalez
Woven Crocodile Tote Bag
$3,850



Nancy Gonzalez
Dani Large Keyhole Crocodile Tote Bag
$4,015



Nancy Gonzalez
East-West Wallis Top Handle Bag
$3,450

Top

GZUNIGA_FWS_0000003

Pre-Order                    Exclusively Ours                    Pre-Order









Nancy Gonzalez
Lolita Small Crocodile Top-Handle Bag
$3,350
**Exclusively Ours**



Nancy Gonzalez
Regina Medium Crocodile Bracelet Bag
$2,850

Nancy Gonzalez
Lily Medium Woven Straw/Crocodile Top-
Handle Bag
$3,950







Nancy Gonzalez
Carrie Small Floral Crocodile Clutch Bag
$2,800

Nancy Gonzalez
Madison Medium Shoulder Bag
$3,450



Nancy Gonzalez
Cristie Medium Linen Tote Bag
$2,150







Top



                    

Nancy Gonzalez
Madison Woven-Front Small Shoulder
Bag

GZUNIGA_FWS_0000004

Nancy Gonzalez
Erica Snakeskin Tote Bag
$2,650

$3,300

Nancy Gonzalez
Constance Crocodile Shoulder Bag
$2,750







QUICK LOOK

Nancy Gonzalez
Carrie Crocodile Clutch Bag
$2,450
**Linda's at BG**

QUICK LOOK



Nancy Gonzalez
Jade Circle Box Clutch Bag with Floral
Inlay
$1,650

QUICK LOOK



Nancy Gonzalez
Lola Small Metallic Crocodile Belt Bag
$2,365
**Linda's at BG**







QUICK LOOK



Nancy Gonzalez
Jade Circle Box Clutch Bag
$1,350

QUICK LOOK

Nancy Gonzalez
Lily Medium Snakeskin Top Handle Bag
$2,050

QUICK LOOK

Nancy Gonzalez
Sienna Metallic Circle Crossbody Bag
$2,200







Top

QUICK LOOK

QUICK LOOK

Nancy Gonzalez

QUICK LOOK

Nancy Gonzalez

GZUNIGA_FWS_0000005

Nancy Gonzalez at Bergdorf Goodman

Gotcham Crocodile Clutch Bag
$2,550

Cristy Small Metallic Satchel Bag
$3,250



Cristy Small Crocodile Satchel Bag
$2,550



QUICK LOOK

Nancy Gonzalez
Toto Small Woven Top-Handle Bag
$2,050



QUICK LOOK

Nancy Gonzalez
Sienna Snakeskin Circle Crossbody Bag
$1,695



QUICK LOOK

Nancy Gonzalez
Crocodile Saddle Shoulder Bag
$2,450



QUICK LOOK

Nancy Gonzalez
Linda Metallic Evening Clutch
$2,365
**Linda's at BG**
**More Colors Available**



QUICK LOOK

Nancy Gonzalez
Nyx Medium Crocodile Tote Bag
$2,400



QUICK LOOK

Nancy Gonzalez
Sienna Circle Crossbody Bag
$1,995



QUICK LOOK



QUICK LOOK



QUICK LOOK

Top

GZUNIGA_FWS_0000006

Nancy Gonzalez
Madison Medium Woven Shoulder Bag
$3,600

Nancy Gonzalez
Madison Small Shoulder Bag
$1,850



Nancy Gonzalez
Colette Exposed Frame Clutch Bag
$1,650
**Linda's at BG**



QUICK LOOK
Nancy Gonzalez
Nyx Medium Zip Crocodile Tote Bag
$2,450



QUICK LOOK
Nancy Gonzalez
Lily Small Snakeskin Top Handle Bag
$1,950



QUICK LOOK

Nancy Gonzalez
Erica Two-Tone Snake/Crocodile Tote
Bag
$2,150



QUICK LOOK
Nancy Gonzalez
Erica Medium Snakeskin Tote Bag
$1,950



QUICK LOOK
Nancy Gonzalez
Lily Small Crocodile Mink Top Handle Bag
$2,950



QUICK LOOK

Nancy Gonzalez
Carrie Small Ombre Snakeskin Clutch
Bag
$1,950

Top

GZUNIGA_FWS_0000007





Nancy Gonzalez
Lee Bugatti Medium Top Handle Bag
$3,950





Nancy Gonzalez
Erica Small Linen Leaf Tote Bag
$695





Nancy Gonzalez
Madison Small Chain Shoulder Bag
$3,200





Nancy Gonzalez
Linda Evening Crocodile Clutch Bag
$2,150
**Linda's at BG**





Nancy Gonzalez
Teddi Croc Semicircle Crossbody Saddle
Bag
$2,400



Nancy Gonzalez
Mini Floral Lily Crocodile Crossbody Bag
$3,450
**Linda's at BG**



Nancy Gonzalez
Lily Medium Woven Straw/Crocodile Top-
Handle Bag
$3,250





Nancy Gonzalez
Cristy Medium Tote Bag





Nancy Gonzalez
Astrid Mini Crocodile Camera Case

Top

GZUNIGA_FWS_0000008

$2,950 $2,650








QUICK LOOK

Nancy Gonzalez
Astrid Small Crocodile Tote Bag
$3,350

QUICK LOOK
Nancy Gonzalez
Carrie Convertible Chain-Trim Metallic
Python Flap Bag
$2,650

QUICK LOOK
Nancy Gonzalez
Gotham Metallic Python Flap Clutch Bag
$1,420








QUICK LOOK


QUICK LOOK


QUICK LOOK

Nancy Gonzalez
Amour Small Ombre Crocodile Crossbody
Bag
$2,810

Nancy Gonzalez
Nix Medium Ombre Crocodile Zip Tote
Bag
$4,070

Nancy Gonzalez
Cristy Mini Crocodile/Leather Tote Bag
$1,950






Top

QUICK LOOK
Nancy Gonzalez
Convertible Metallic Crocodile Chain-Trim
Flap Bag

QUICK LOOK
Nancy Gonzalez
Billio Box Floral Crocodile Crossbody Bag
$3,410 NOW: $1,875

QUICK LOOK
Nancy Gonzalez
Leaves Crocodile Pyramid Clutch Bag
$1,815

https://www.bergdorfgoodman.com/c/designers-a-z-nancy-gonzalez-cat20092#userConstrainedResults=true&refinements=&page=1&pageSize=120... 8/13

GZUNIGA_FWS_0000009

$3,245



Nancy Gonzalez
Amour Small Crocodile Crossbody Bag
$2,550

Nancy Gonzalez
Astor V-Flap Crocodile Crossbody Bag
$3,200

Nancy Gonzalez
Madison Adjustable Chain Shoulder Bag
$3,450

Nancy Gonzalez
Christy Small Crocodile/Leather Tote Bag
$2,450

Nancy Gonzalez
Gramercy Faceted Crocodile Minaudiere
Clutch Bag
$1,550

Nancy Gonzalez
Nix Medium Zip Crocodile Tote Bag
$3,700

Nancy Gonzalez
Gili Metallic Crocodile Crossbody Bag
$3,150

Top

GZUNIGA_FWS_0000010

Nancy Gonzalez
Gili Crocodile/Leather Crossbody Bag
$1,850

Nancy Gonzalez
Erica Small New Python Leaf Tote Bag
$1,750









Nancy Gonzalez
Majita Crocodile Slingback Pumps
$1,595

Nancy Gonzalez
Crocodile Small Flap Top-Handle
Crossbody Bag
$2,650

Nancy Gonzalez
Small Crocodile Carryall Tote Bag
$4,150





 



Nancy Gonzalez
Erica Medium Linen Leaf Tote Bag
$950

Nancy Gonzalez
Medium Crocodile Carryall Tote Bag
$4,950

Nancy Gonzalez
Gio Crocodile Chain Crossbody Bag
$2,550





Top

Nancy Gonzalez



Convertible Chain-Trim Crocodile Flap
Bag
$2,950

Erica Small Crocodile Leaf Tote Bag
$3,600



Medium Crocodile Top-Handle Bag
$3,300









QUICK LOOK

QUICK LOOK

QUICK LOOK





Nancy Gonzalez
Frida Two-Strap Crocodile Flat Slide
Sandals
$795

Nancy Gonzalez
Crocodile Top-Handle Bag w/Chain Strap
$3,650

Nancy Gonzalez
Erica Soft Python Tote Bag
$1,950







DUICK LOOK

QUICK LOOK

QUICK LOOK






Nancy Gonzalez
Medium Crocodile Lady Bag
$3,350

Nancy Gonzalez
Erica New Crocodile Leaf Tote Bag
$3,950

Nancy Gonzalez
Simple Flap Crocodile Clutch Bag
$1,400

Top

GZUNIGA_FWS_0000012







Nancy Gonzalez
Metallic Crocodile Slim Frame Clutch Bag
$2,145

**Linda's at BG**



NANCY GONZALEZ
Majita Crocodile Slingback Pump
$1,495

## Nancy Gonzalez Accessories

Nancy Gonzalez debuted her collection of handbags at Bergdorf Goodman in 1998 and her pieces have been staples since then. The Columbian designer set out to create a collection that honors the beauty and tradition of her home country, using exotic leathers dyed to perfection, each piece featuring a surprise element. Each piece by Nancy Gonzalez is handcrafted in Cali, Columbia by artisans who honor timeless techniques. Handbags range from subdued and classic to bold and outstanding, while pumps and sandals by the designer embody understated elegance. Shop a selection of handbags and women?s shoes by Nancy Gonzalez at Bergdorf Goodman.

---

**RELATED SEARCHES**

Contemporary Accessories
Top Handle Tote Bag
Shoulder Bags
Oscar de la Renta Mini
Modern Crocodile Tote Bag
Medium Shoulder Bag

**RELATED ITEMS**



Anya Hindmarch Vere
Small Soft Satchel Bag, Black
Anya Hindmarch patent lambskin satchel bag with golden hardware. Removable, adjustable shoulder strap. Two-way zip top flap with tassel pulls; ...
QUICKVIEW



Anya Hindmarch Vere
Small Soft Satchel Bag
Anya Hindmarch grained lambskin satchel bag with golden hardware. Removable, adjustable shoulder strap. Two-way zip top flap with tassel pulls; ...
QUICKVIEW





Balenciaga Classic City AJ Small Graffiti Satchel Bag
Balenciaga "Classic City" bag in lamb 'eather' with allover graffiti design. Aged brass hardware including stud and buckle detail. Tote ...
QUICKVIEW



Balenciaga Classic City Leather Tote Bag With Logo
Balenciaga "Cassic City" lambskin bag with nickel hardware, including stud and buckle detail. Rolled top handles. Removable shoulder strap Recessed ...
QUICKVIEW

## HOW MAY WE HELP YOU?

Top

CONTACT US    THE STORE

GZUNIGA_FWS_0000013

| Call Us 24/7: 888 774 2424 | Women's Store | BG CREDIT CARD | CUSTOMER SUPPORT | SIGN UP TO RECEIVE 15% OFF YOUR FIRST PURCHASE: |
| --- | --- | --- | --- | --- |
| Chat With Us | Men's Store | InCircle | Account | Enter email address |
| Email Us | BG Magazine | Pay Bills & Manage | International Shipping | |
| Store Services | BG Books and Film | Apply | Help | |
| Personal Styling | Gift Cards | Card Benefits | Private Policy & Terms of Use | |
| Beauty Services | | | Site Map | |

5th/58th

© 2019, BERGDORF GOODMAN | NEIMAN MARCUS | MYTHERESA

Top

GZUNIGA_FWS_0000014

SAKS FIFTH AVE



GZUNIGA_FWS_0000047





**Nancy Gonzalez**
Large Christie Linen & Crocodile Satchel
Was $2150.00
NOW $1612.50

Friends & Family

**Nancy Gonzalez**
Gramercy Crocodile Box Clutch
Was $1705.00
NOW $1278.75
Friends & Family

**Nancy Gonzalez**
Gothan Crocodile Leather Clutch
Was $1950.00
NOW $1462.50
Friends & Family





**Nancy Gonzalez**
Metallic Crocodile Fanny Pack
Was $2450.00
NOW $1837.50
Friends & Family

**Nancy Gonzalez**
Pebble Metallic Crocodile Clutch
Was $1350.00
NOW $1012.50

Friends & Family

**Nancy Gonzalez**
Tina Craig x Nancy Gonzalez Linen &
Leather Crossbody Bag
Was $995.00
NOW $746.25

Only At Saks
Friends & Family






Connect with a
Saks Style Advisor

📍 Chevy Chase ▾

Start a conversation

GZUNIGA_FWS_0000048

**Nancy Gonzalez**
Embellished Lily Orchid Crocodile
Crossbody Bag
Was $3350.00
NOW $2512.50
Friends & Family

**Nancy Gonzalez**
Claire Top Handle Leather Frame Bag
Was $3200.00
NOW $2400.00
Friends & Family

**Nancy Gonzalez**
Regina Circle Top Handle Crocodile
Crossbody Bag
Was $2250.00
NOW $1687.50
Friends & Family





**Nancy Gonzalez**
Erica Medium Crocodile Tote
Was $950.00
NOW $712.50

Friends & Family

**Nancy Gonzalez**
Gili Leather & Croc Crossbody Bag
Was $1850.00
NOW $1387.50

Friends & Family

**Nancy Gonzalez**
Cristie Leather & Croc Shoulder Bag
Was $2450.00
NOW $1837.50

Friends & Family







**Nancy Gonzalez**
Medium Madison Crocodile Shoulder Bag
Was $3450.00
NOW $2587.50
★★★★★ (1)

Friends & Family

**Nancy Gonzalez**
Gramercy Crocodile Box Clutch
Was $1705.00
NOW $1278.75

Friends & Family

**Nancy Gonzalez**
Gramercy Crocodile Box Clutch
Was $1250.00
NOW $937.50
Friends & Family



**Connect with a
Saks Style Advisor**

📍 Chevy Chase ▾

Start a conversation







GZUNIGA_FWS_0000049





**Nancy Gonzalez**
Joleen Crocodile Top Handle Bag
Was $3750.00
**NOW $2812.50**
Friends & Family

**Nancy Gonzalez**
Poppy Crocodile Top Handle Tote
Was $2850.00
**NOW $2137.50**
Friends & Family

**Nancy Gonzalez**
Mini Nix Metallic Crocodile Top Handle Bag
Was $2635.00
**NOW $1976.25**
Friends & Family





**Nancy Gonzalez**
Pebble Crocodile Clutch
Was $1250.00
**NOW $937.50**
Friends & Family

**Nancy Gonzalez**
Small Christie Linen & Crocodile Satchel
Was $1850.00
**NOW $1387.50**
Friends & Family

**Nancy Gonzalez**
Small Christie Convertible Leather Satchel
Was $3250.00
**NOW $2437.50**
Friends & Family





**Nancy Gonzalez**
Large Wallia Floral Crocodile Top Handle Bag
Was $4850.00
**NOW $3637.50**
Friends & Family

**Nancy Gonzalez**
Medium Woven Crocodile & Straw Box Bag
Was $2450.00
**NOW $1837.50**
Friends & Family

**Nancy Gonzalez**
Tina Craig x Nancy Gonzalez Lily Striped Top Handle Bag
Was $1950.00
**NOW $1462.50**
Only At Saks
Friends & Family

Connect with a
**Saks Style Advisor**
Chevy Chase ▾

Start a conversation

GZUNIGA_FWS_0000050





**Nancy Gonzalez**
Tina Craig x Nancy Gonzalez Medium Erica
Linen & Leather Tote
Was $1395.00
NOW $1046.25

Only At Saks
Friends & Family

**Nancy Gonzalez**
Tina Craig x Nancy Gonzalez Mini Erica
Linen & Leather Tote Bag
Was $795.00
NOW $596.25

Only At Saks
Friends & Family

**Nancy Gonzalez**
Sophie Crocodile Shoulder Bag
Was $3850.00
NOW $2887.50
Friends & Family






**Nancy Gonzalez**
Medium Lilly Crocodile Satchel
Was $3350.00
NOW $2512.50

Friends & Family

**Nancy Gonzalez**
Gramercy Crocodile Box Clutch
Was $1550.00
NOW $1162.50

Friends & Family

**Nancy Gonzalez**
Regina Circle Top Handle Crocodile
Crossbody Bag
Was $2485.00
NOW $1863.75
Friends & Family






**Connect with a**
**Saks Style Advisor**
📍 Chevy Chase ▾

Start a conversation

**Nancy Gonzalez**

**Nancy Gonzalez**

**Nancy Gonzalez**

GZUNIGA_FWS_0000051

Dani Crocodile Leather Keyhole Bag
Was $2950.00
NOW $2212.50
Friends & Family

Gotham Floral Straw & Crocodile Cutout Clutch
Was $1950.00
NOW $1462.50
Friends & Family

Crocodile & Linen Large Caryall Tote
Was $2350.00
NOW $1762.50
Friends & Family









**Nancy Gonzalez**
Gio Crocodile Crossbody Bag
Was $2810.00
NOW $2107.50

Friends & Family

**Nancy Gonzalez**
Small Crocodile Crossbody Bag
Was $3400.00
NOW $2550.00

Friends & Family

**Nancy Gonzalez**
Mini Crocodile Chain Crossbody Bag
Was $2350.00
NOW $1762.50
Friends & Family

**Nancy Gonzalez**
Gotham Clutch
Was $1950.00
NOW $1462.50
★★★★★ (1)

Friends & Family

**Nancy Gonzalez**
Gotham Metallic Crocodile Clutch
Was $2145.00
NOW $1608.75

Friends & Family

**Nancy Gonzalez**
Gio Crocodile Chain Crossbody Bag
Was $2550.00
NOW $1912.50
★★★★★ (1)
Friends & Family



Connect with a
Saks Style Advisor

📍 Chevy Chase ▾

Start a conversation





GZUNIGA_FWS_0000052




**Nancy Gonzalez**
Small Crocodile Clutch
Was $1195.00
NOW $896.25
★☆☆☆☆ (1)
▢▢
Saks Color Exclusive
Friends & Family

**Nancy Gonzalez**
Python & Crocodile Tote
Was $1950.00
NOW $1462.50
★★★★★ (1)
▢▢▢▢
Friends & Family

**Nancy Gonzalez**
Large Double Tie-Knot Crocodile Tote
Was $4200.00
NOW $3150.00

Friends & Family





**Nancy Gonzalez**
Erica Crocodile Tote
Was $3950.00
NOW $2962.50
▢▢
Friends & Family

**Nancy Gonzalez**
Crocodile Clutch
Was $1950.00
NOW $1462.50
▢
Friends & Family

**Nancy Gonzalez**
Square Top Handle Bag
Was $3300.00
NOW $2475.00
▢
Friends & Family





**Nancy Gonzalez**
Expandable Top Handle Bag
Was $3760.00
NOW $2820.00
▢▢
Friends & Family

**Nancy Gonzalez**
Accordion Croc Crossbody Bag
Was $2350.00
NOW $1762.50
Friends & Family

**Nancy Gonzalez**
Star Flap Clutch
Was $1550.00
NOW $1162.50
★★★★★ (1)

Friends & Family
— NEW —

Connect with a
Saks Style Advisor
📍 Chevy Chase ▾
Start a conversation

GZUNIGA_FWS_0000053







**Nancy Gonzalez**
Cristina Leather Satchel
Was $4125.00
NOW $3093.75
Friends & Family

**Nancy Gonzalez**
Crocodile Chain Crossbody Bag
Was $2950.00
NOW $2212.50
Friends & Family

**Nancy Gonzalez**
Medium Lily Top Handle Bag
Was $3350.00
NOW $2512.50

Friends & Family







**Nancy Gonzalez**
Lily Medium Top Handle Bag
Was $3350.00
NOW $2512.50

Friends & Family

**Nancy Gonzalez**
Mini Lily Crocodile Leather Crossbody Bag
Was $2650.00
NOW $1987.50

Friends & Family

**Nancy Gonzalez**
Medium Wallis Python Top Handle Bag
Was $2850.00
NOW $2137.50
Friends & Family



**Connect with a
Saks Style Advisor**

📍 Chevy Chase ▾

Start a conversation







GZUNIGA_FWS_0000054

**Nancy Gonzalez**
Medium Sophie Leather Satchel
Was $3850.00
NOW $2887.50
Friends & Family

**Nancy Gonzalez**
Small Sophie Leather Crossbody Bag
Was $3450.00
NOW $2587.50

Friends & Family

**Nancy Gonzalez**
Billie Crocodile Box Bag
Was $2100.00
NOW $1575.00
Friends & Family







**Nancy Gonzalez**
Billie Crossbody Bag
Was $2315.00
NOW $1736.25
Friends & Family

**Nancy Gonzalez**
Mini Lily Crocodile Top Handle Bag
Was $2650.00
NOW $1987.50
Friends & Family

**Nancy Gonzalez**
Small Diva Crocodile Saddle Bag
Was $3200.00
NOW $2400.00
Friends & Family







**Nancy Gonzalez**
Crocodile Belt & Shoulder Bag
Was $2150.00
NOW $1612.50

Friends & Family

**Nancy Gonzalez**
Metallic Leather Chain-Trim Crossbody Bag
Was $3250.00
NOW $2437.50
Friends & Family

**Nancy Gonzalez**
Crocodile Tote
Was $3800.00
NOW $2850.00

Friends & Family



Connect with a
Saks Style Advisor

📍 Chevy Chase ▾

Start a conversation







GZUNIGA_FWS_0000055

**Nancy Gonzalez**
Crocodile Mini Accordion Tote
Was $3350.00
NOW $2512.50

Friends & Family

**Nancy Gonzalez**
Astrid Crocodile Camera Bag
Was $2550.00
NOW $1912.50

Friends & Family

**Nancy Gonzalez**
Christie Large Leather Bag
Was $2950.00
NOW $2212.50
Friends & Family





**Nancy Gonzalez**
Eden Crossbody Bag
Was $1950.00
NOW $1462.50

Friends & Family

**Nancy Gonzalez**
Eden Crocodile Crossbody Bag
Was $2145.00
NOW $1608.75
Friends & Family

**Nancy Gonzalez**
Madison Large Shoulder Bag
Was $3850.00
NOW $2887.50
Friends & Family







Connect with a
Saks Style Advisor

● Chevy Chase ▾

Start a conversation

**Nancy Gonzalez**
Medium Madison Crocodile Shoulder Bag
Was $3795.00
NOW $2846.25
Friends & Family

**Nancy Gonzalez**
Small Leaf Lily Crocodile Handbag
Was $2950.00
NOW $2212.50
Friends & Family

**Nancy Gonzalez**
Carrie Crocodile Clutch
Was $2450.00
NOW $1837.50
★☆☆☆☆ (1)

Friends & Family



GZUNIGA_FWS_0000056





**Nancy Gonzalez**
Gramercy Box Clutch
Was $1550.00
NOW $1162.50

Friends & Family

**Nancy Gonzalez**
Flower Wallis Crocodile Top Handle Bag
Was $3550.00
NOW $2662.50
Friends & Family

**Nancy Gonzalez**
Gotham Crocodile Clutch
Was $1950.00
NOW $1462.50
★★★★★ (1)

Friends & Family





**Nancy Gonzalez**
Gotham Crocodile Metallic Clutch
Was $2145.00
NOW $1608.75

Friends & Family

**Nancy Gonzalez**
Cristie Leather & Croc Mini Satchel
Was $1950.00
NOW $1462.50
Friends & Family

**Nancy Gonzalez**
Carrie Convertible Clutch
Was $2650.00
NOW $1987.50
Friends & Family






**Connect with a
Saks Style Advisor**

📍 Chevy Chase ▾

Start a conversation

**Nancy Gonzalez**
Crocodile Double Chain Shoulder Bag
Was $3450.00
NOW $2587.50
Friends & Family

**Nancy Gonzalez**
Large Madison Crocodile Shoulder Bag
Was $4235.00
NOW $3176.25
Friends & Family

**Nancy Gonzalez**
Large Nix Crocodile Double Zip Tote
Was $4950.00
NOW $3712.50
Friends & Family

https://www.saksfifthavenue.com/Nancy-Gonzalez/Handbags/shop/_/N-1z12v3wZ52jzos?category=Handbags&brandLanding=true

11/15

GZUNIGA_FWS_0000057







**Nancy Gonzalez**
Cristie New Leather & Croc Mini Satchel
Was $1950.00
NOW $1462.50
Friends & Family

**Nancy Gonzalez**
Cristie Leather & Croc Shoulder Bag
Was $2450.00
NOW $1837.50
Friends & Family

**Nancy Gonzalez**
Medium Lily Top Handle Crocodile Bag
Was $4350.00
NOW $3262.50
Friends & Family







**Nancy Gonzalez**
Carrie Floral Crocodile Clutch
Was $2800.00
NOW $2100.00

Friends & Family

**Nancy Gonzalez**
Poppy Straw & Crocodile Trim Tote
Was $1950.00
NOW $1462.50
Friends & Family

**Nancy Gonzalez**
Large Lily Woven Top Handle Leather Bag
Was $4350.00
NOW $3262.50
Friends & Family



Connect with a
Saks Style Advisor

⦿ Chevy Chase ▾

Start a conversation







**Nancy Gonzalez**

**Nancy Gonzalez**

**Nancy Gonzalez**

GZUNIGA_FWS_0000058



Medium Nix Ombré Crocodile Top Handle
Bag
Was $4070.00
NOW $3052.50

Friends & Family

Madison Double Strap Crocodile Shoulder
Bag
Was $3450.00
NOW $2587.50

Friends & Family

Carrie Floral Embellished Clutch
Was $2800.00
NOW $2100.00
Friends & Family





**Nancy Gonzalez**
Medium Crocodile Top Handle Bag
Was $3700.00
NOW $2775.00
Friends & Family

**Nancy Gonzalez**
Mini Crocodile Top Handle Bag
Was $2400.00
NOW $1800.00
Friends & Family

**Nancy Gonzalez**
Carrie Ombré Crocodile Clutch
Was $2585.00
NOW $1938.75

Friends & Family





**Nancy Gonzalez**
Small Christie Linen & Crocodile Satchel
Was $1725.00
NOW $1293.75
Friends & Family

**Nancy Gonzalez**
Jolene Floral Embellished Crocodile Top
Handle Bag
Was $4350.00
NOW $3262.50
Friends & Family

**Nancy Gonzalez**
Tracy Crocodile Clutch
Was $2450.00
NOW $1837.50

Friends & Family





✕

Connect with a
Saks Style Advisor

📍 Chevy Chase ▾

Start a conversation





GZUNIGA_FWS_0000059





**Nancy Gonzalez**
Jordan Boxy Crocodile Crossbody Bag
Was $2750.00
NOW $2062.50

Friends & Family

**Nancy Gonzalez**
Crocodile Envelope Clutch
Was $2800.00
NOW $2100.00
Friends & Family

**Nancy Gonzalez**
Mini Woven Crocodile Box Bag
Was $1850.00
NOW $1387.50
Friends & Family









**Nancy Gonzalez**
Crocodile Mini Plissé Crossbody Bag
Was $2650.00
NOW $1987.50
Friends & Family

**Nancy Gonzalez**
Wallet-On-A-Chain Crossbody Bag
Was $1750.00
NOW $1312.50

★★★★★ (4)
Friends & Family

**Nancy Gonzalez**
Small Flap Clutch
Was $1350.00
NOW $1012.50
Friends & Family




**Nancy Gonzalez**
Mini Croc Crossbody Bag
Was $2350.00
NOW $1762.50

Friends & Family

**Nancy Gonzalez**
Python & Crocodile Accordion Crossbody
Bag
Was $1900.00
NOW $1425.00
Friends & Family



Connect with a
**Saks Style Advisor**

⊙ Chevy Chase ▾

Start a conversation

110 Items

GZUNIGA_FWS_0000060

SIGN UP FOR DAILY EMAILS

›

## We're Dedicated to Our Customers 24/7

1.877.551.7257  |  Email  |  Chat

Stores & Corporate    +

Shipping & Returns    +

SaksFirst Credit Card    +

Shop Saks    +

@thesaksman

Get the Saks App · Sign up for SMS · SITE FEEDBACK

© 2019, Saks Fifth Avenue
CA Transparency In Supply Chains Act



**Connect with a
Saks Style Advisor**

📍 Chevy Chase ▾

Start a conversation

✕

GZUNIGA_FWS_0000061

HANDBAG

RETAIL VALUE

AVERAGE

## HANDBAG RETAIL VALUE AVERAGE: Saks Fifth Avenue vs Bergdorf Goodman

| STORE PRICE (USD) | SAKS FIFTH (110 Items) | BERGDORF GOODMAN (90 Items) |
|---|---|---|
| | $2,650 | $3,950 |
| | $3,700 | $2,915 |
| | $2,145 | $2,950 |
| | $950 | $3,950 |
| | $1,950 | $2,350 |
| | $3,850 | $1,450 |
| | $2,150 | $3,850 |
| | $1,705 | $1,705 |
| | $1,950 | $2,550 |
| | $2,450 | $1,250 |
| | $1,350 | $2,450 |
| | $995 | $1,950 |
| | $3,350 | $3,850 |
| | $3,200 | $4,015 |
| | $2,250 | $3,450 |
| | $950 | $3,350 |
| | $1,850 | $2,850 |
| | $2,450 | $3,950 |
| | $3,450 | $2,800 |
| | $1,705 | $3,450 |
| | $1,250 | $2,150 |
| | $3,750 | $2,650 |
| | $2,850 | $3,300 |
| | $2,635 | $2,750 |
| | $1,250 | $2,450 |
| | $1,650 | $1,650 |
| | $3,250 | $2,365 |
| | $4,850 | $1,350 |
| | $2,450 | $2,050 |
| | $1,950 | $2,200 |
| | $1,395 | $2,550 |
| | $795 | $2,550 |
| | $3,850 | $3,250 |
| | $3,350 | $2,050 |
| | $1,550 | $1,695 |
| | $2,485 | $2,450 |
| | $2,950 | $2,865 |
| | $1,950 | $2,400 |
| | $2,350 | $1,995 |
| | $2,810 | $3,600 |
| | $3,400 | $1,850 |
| | $2,350 | $1,650 |
| | $1,950 | $2,450 |
| | $2,145 | $1,950 |
| | $2,550 | $2,150 |
| | $1,195 | $1,950 |
| | $1,950 | $2,950 |
| | $4,200 | $1,950 |
| | $3,950 | $3,950 |
| | $1,950 | $695 |
| | $3,300 | $3,200 |
| | $3,760 | $2,150 |
| | $2,350 | $2,400 |
| | $1,550 | $3,450 |
| | $4,125 | $3,250 |
| | $2,950 | $2,950 |
| | $3,350 | $2,550 |
| | $3,350 | $3,350 |
| | $2,650 | $2,650 |
| | $2,850 | $1,420 |
| | $3,650 | $2,810 |
| | $3,450 | $4,070 |
| | $2,100 | $1,950 |
| | $2,315 | $3,245 |
| | $2,650 | $3,410 |
| | $3,200 | $1,815 |
| | $2,150 | $2,150 |
| | $3,250 | $3,200 |
| | $3,800 | $3,450 |
| | $3,350 | $2,450 |
| | $2,550 | $1,550 |
| | $2,950 | $3,700 |
| | $1,950 | $1,850 |
| | $2,145 | $3,150 |
| | $3,850 | $1,750 |
| | $3,795 | $1,595 |
| | $2,950 | $2,650 |
| | $2,450 | $4,150 |
| | $1,550 | $950 |
| | $3,550 | $4,950 |
| | $1,950 | $2,550 |
| | $2,145 | $2,950 |
| | $1,950 | $3,600 |
| | $2,650 | $3,300 |
| | $3,450 | $3,650 |
| | $4,235 | $1,950 |
| | $4,950 | $3,550 |
| | $1,950 | $3,950 |
| | $2,450 | $1,400 |
| | $4,350 | $2,145 |
| | $2,800 | |
| | $1,950 | |
| | $4,350 | |
| | $4,070 | |
| | $3,450 | |
| | $2,800 | |
| | $3,700 | |
| | $2,400 | |
| | $2,585 | |
| | $1,725 | |
| | $4,350 | |
| | $2,450 | |
| | $2,750 | |
| | $2,800 | |
| | $1,850 | |
| | $2,650 | |
| | $1,750 | |
| | $1,350 | |
| | $2,350 | |
| | $1,900 | |
| AVERAGE | $2,659 | $2,665 |
| MAX | $4,950 | $4,950 |
| MIN | $795 | $695 |